IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                    JUDGMENT

v.

                                                    15-po-5-slc

RONNIE HANSHEW,

                Defendant.
_____

On April 28, 2016, this court held a telephonic change of plea and sentencing hearing. The government was represented by Assistant United States Attorney Anthony Trillo. Defendant Ronnie Hanshew participated personally and was represented by Jason Gonzalez.

At the hearing the defendant entered a knowing and voluntary plea of guilty to CVB violation 3854077, operating a motor vehicle under the influence of an intoxicant, first offense. After hearing from defense counsel, the defendant and the government, I imposed the following sentence:

It is ORDERED that:

(1) Defendant Ronnie Hanshew shall pay a fine of $250 to the clerk of this court, due in full by May 31, 2016. No interest is to accrue on the unpaid balance between now and May 31, 2016. This sentence serves the goals of general and specific deterrence, punishment of the defendant, and protection of the public.

(2) Defendant Ronnie Hanshew shall pay a $5.00 special assessment fee to the clerk of this court, due in full by May 31, 2016.

(3) The government's motion to dismiss CVB violation 3854078 is GRANTED.

Entered this 29th day of April, 2016.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge